IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SimpleAir, Inc.,<br><br>          Plaintiff,<br><br>vs.<br><br>Google Inc.<br><br>          Defendants. | Civil Action No. 2:13-cv-00587-JRG<br><br>**Jury Demanded** |

## VERDICT FORM

Your answer to the following question must be unanimous. In answering the question, you are to follow all of the instructions you have been given in the Court's Charge. After answering this question, your Foreperson should sign and date the form as indicated below.

## QUESTION 1

What sum of money if paid now in cash do you find from a preponderance of the evidence would fairly and reasonably compensate SimpleAir for Google's infringement of United States Patent No. 7,035,914? Your answer should be stated in United States dollars and cents.

$ __85,000,000.00__

Signed this 19 day of March, 2014.



JURY FOREPERSON