1                IN THE UNITED STATES DISTRICT COURT

2               FOR THE EASTERN DISTRICT OF TEXAS

3                        MARSHALL DIVISION

4   SIMPLEAIR, INC.              *   Civil Docket No.
                                 *   2:13-CV-587
5                                *   Marshall, Texas
    VS.                          *
6                                *   March 19, 2014
                                 *
7   GOOGLE, INC.                 *   1:16 P.M.

8                     TRANSCRIPT OF JURY TRIAL

9            BEFORE THE HONORABLE JUDGE RODNEY GILSTRAP

10                  UNITED STATES DISTRICT JUDGE
    APPEARANCES:
11
    FOR THE PLAINTIFF:        MR. GREGORY DOVEL
12                            MR. JEFFREY EICHMANN
                              Dovel & Luner
13                            201 Santa Monica Blvd.
                              Suite 600
14                            Santa Monica, CA    90401

15                            MS. ELIZABETH DERIEUX
                              Capshaw DeRieux
16                            114 East Commerce Avenue
                              Gladewater, TX    75647
17
    FOR THE DEFENDANTS:       MR. MITCHELL STOCKWELL
18                            MR. RUSSELL KORN
                              Kilpatrick Townsend & Stockton
19                            1100 Peachtree Street, Suite 2800
                              Atlanta, GA    30309
20
    APPEARANCES CONTINUED ON NEXT PAGE:
21
    COURT REPORTERS:          MS. SHELLY HOLMES, CSR
22                            MS. SUSAN SIMMONS, CSR
                              Official Court Reporters
23                            100 East Houston, Suite 125
                              Marshall, TX    75670
24                            (903) 923-7464

25  (Proceedings recorded by mechanical stenography, transcript
    produced on CAT system.)

1   <u>APPEARANCES CONTINUED:</u>

2

FOR THE DEFENDANTS:        MS. DANIELLE WILLIAMS
3                          Kilpatrick Townsend & Stockton
                           1001 West Fourth Street
4                          Winston-Salem, NC    27101

5                          MS. JENNIFER PARKER AINSWORTH
                           Wilson Robertson & Cornelius
6                          909 ESE Loop 323, Suite 400
                           Tyler, TX    75701

7

8           ******************************************

9

10                      P R O C E E D I N G S

11

12          COURT SECURITY OFFICER:  All rise.

13          THE COURT:  Be seated, please.

14          While the Court was at lunch, a note was received from

15   the jury stating, quote, can we please have access to a

16   calculator?  Signed Jerry Calhoun, foreperson.

17          My staff notified counsel for both sides by telephone

18   that a calculator would be sent into the jury, and the CSO,

19   Court Security Officer, in response delivered a calculator to

20   the jury about 12:30.

21          Since then, we have received the following:  We have

22   reached a verdict.  It's also signed by Mr. Calhoun as

23   foreperson.

24          And I will hand both of these notes to the courtroom

25   deputy to be made a part of the file in this case.

1    And with that, Mr. McAteer, if you'd bring in the
2  jury, please.

3    COURT SECURITY OFFICER:  All rise for the jury.

4    (Jury in.)

5    THE COURT:  Please be seated, ladies and gentlemen.

6    Mr. Calhoun, I understand that you're the foreperson
7  of the jury; is that correct?

8    THE FOREPERSON:  Yes, Your Honor.

9    THE COURT:  Has the jury reached a verdict?

10   THE FOREPERSON:  Yes, Your Honor.

11   THE COURT:  In that case, would you give the completed
12 and signed verdict form to the Court Security Officer who will
13 bring it to me?

14   Ladies and gentlemen, I'm about to announce the
15 verdict at this time.  I'd like to ask each juror to listen
16 very carefully because after I've announced the verdict, I'm
17 going to ask each of you if this is your verdict so that we
18 can confirm for the record that the verdict is, in fact,
19 unanimous.

20   Turning to the completed verdict form, I first find
21 that it is dated and signed with today's date by Mr. Calhoun as
22 the foreperson of the jury.  The verdict contains the one
23 question only.

24   Which sum of money if now paid in cash do you find
25 from a preponderance of the evidence would fairly and

1  reasonably compensate SimpleAir for Google's infringement of

2  patent -- of the '914 patent?  Answer in dollars and cents.

3  The answer is $85 million.

4          Ladies and gentlemen, let me poll you to make sure

5  this is the jury's unanimous verdict, and it is the decision of

6  all eight members of the jury.  If this is your verdict as

7  you've just heard me read it, would you please stand?

8          (Jury polled.)

9          Thank you.  Be seated.

10         Please let the record reflect -- reflect that upon

11  being asked if this was the jury's verdict, that all eight

12  members of the jury immediately stood and rose to affirm that

13  it was their verdict.  The Court finds that this is the

14  unanimous verdict of the jury.

15         Ladies and gentlemen, this now completes the trial of

16  this case.  From the very beginning, I've instructed you

17  repeatedly about not discussing the case until you retired to

18  deliberate and only then discussing it among yourselves.  I'm

19  now releasing you from those obligations.  You are free to talk

20  about this case with yourselves, with your friends, your

21  family, with anybody you want to.

22         By the same token, you are also free not to discuss

23  this case with anybody, and that is a matter of your choosing.

24  I want you to understand that the practice in this court is

25  that once you are released from your service as jurors that the

lawyers in this case cannot initiate a conversation with you
about your service as jurors.  If you want to talk about this
case with any of the lawyers that have been involved in the
trial, then you will need to initiate a conversation with them.
If you do not initiate a conversation with them, they will not
initiate a conversation with you.

So you are free to talk about the case; you are free
not to talk about the case.  It is your decision, and it is
left totally up to you.  I know the lawyers would be interested
to hear your thoughts and comments, but, again, that is solely
your prerogative and your decision to make.

On behalf of the Court and the entire Court staff,
ladies and gentlemen, I want you to know how much we very truly
appreciate your service.  This is an important case to both
parties.  You have paid very close attention throughout the
trial.  I have watched you carefully.  You have rendered very
valuable and important public service as members of our
community and as American citizens, and you should be
rightfully proud of the role you've played in this trial.  You
have in a very real way supported our United States
Constitution by your participation and service as jurors in
this case.

Even though I am releasing you from your service as
jurors, I also have a final request I want to make before you
leave, and that is this, my practice since coming onto the

1   bench is after a verdict has been returned to ask the members

2   of the jury after they've been released to return to the jury

3   room for just a few minutes and give me the privilege of coming

4   in and shaking each one of you by the hand and telling you

5   face-to-face thank you for your service.  And if you would be

6   willing to give just a few minutes for that purpose, I would

7   very much appreciate it.  You're not required to, and if you

8   want to leave the courthouse, you are free to leave the

9   courthouse.

10          But if you would give me just a few minutes, I'd like

11  to bring my law -- my law clerks with me and my staff and

12  introduce them to you and thank you for your service

13  personally, because it is that important, and it's worth the

14  effort and the attention for you to be thanked individually, at

15  least in my view.

16          So if you are agreeable with that, I'll ask you to

17  retire to the jury room.  Your service as jurors is complete,

18  and you are discharged in this case.

19          Thank you, ladies and gentlemen.

20          COURT SECURITY OFFICER:  All rise.

21          (Jury out.)

22          THE COURT:  For the record, I'll hand the original

23  signed verdict form to the courtroom deputy to be made a part

24  of the papers in this case.  That completes the trial of this

25  case.

1          Counsel, you are excused.

2          (Court adjourned.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    <u>CERTIFICATION</u>

2

3          I HEREBY CERTIFY that the foregoing is a true and

4    correct transcript from the stenographic notes of the

5    proceedings in the above-entitled matter to the best of my

6    ability.

7

8

9    _____        3/19/14
     SHELLY HOLMES
10   OFFICIAL REPORTER
     State of Texas No.: 7804
11   Expiration Date: 12/31/14

12

13

14

15

16

17

18

19

20

21

22

23

24

25